THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY
*v.* LEON M. ROSENBERG ET AL.

Upon reargument, the motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Arthur H. Latimer,* for the appellee (plaintiff).

*William B. Ramsey,* assistant corporation counsel, for the appellants (defendants).